SEALED  FILED
JAN 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

McGREGOR W. SCOTT
United States Attorney
GRANT RABENN
DAVID L. GAPPA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LESLIE,<br><br>Defendants. | CASE NO. 1:19 CR 00010 DAD BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on January 17, 2019, charging the above defendant with a violations of 18 U.S.C. § 2251(d)(1)(A) & (e) – Conspiracy to Advertise Child Pornography; 18 U.S.C. § 2251(d)(1)(A) – Advertising of Child Pornography; 18 U.S.C. § 2252(a)(1) & (b)(1) – Conspiracy to Transport and Distribute Child Pornography; 18 U.S.C. § 2252(a)(1) & (b)(1) – Transportation of Child Pornography; 18 U.S.C. § 2252(a)(2) & (b)(1) – Distribution of Child Pornography; 18 U.S.C. § 2253-Criminal Forfeiture be kept secret until the defendants named in this Indictment is either in custody or has been given bail on these

Motion to Seal Indictment                    1

offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: January 17, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By   /s/ DAVID L. GAPPA
DAVID L. GAPPA
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: January 17, 2019

ERICA P. GROSJEAN
U.S. Magistrate Judge