| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | GRANT B. RABENN<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LESLIE,<br><br>Defendant. | CASE NO. 1:19-CR-00010 DAD/BAM<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

The Indictment in this case, having been sealed by Order of the Court on January 17, 2019, and it appears that it no longer need remain secret,

The United States of America, by and through McGregor W. Scott, United States Attorney, and Grant B. Rabenn, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

MOTION AND ORDER TO UNSEAL 1

Dated: January 23, 2019       McGREGOR W. SCOTT
                              United States Attorney

                        By:   /s/ GRANT B. RABENN
                              GRANT B. RABENN
                              Assistant United States Attorney

**ORDER**

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on January 17, 2019, be unsealed and become public record.

IT IS SO ORDERED.

Dated:  **January 23, 2019**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE