| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, Bar #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | ERIC LESLIE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00010-DAD-BAM |
| Plaintiff, | REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER |
| vs. | |
| ERIC LESLIE, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Eric Leslie, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at all non-substantive proceedings. Mr. Leslie agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

///

///

///

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 4, 2019

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ERIC LESLIE

## **O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated: **February 4, 2019**　　　　　　/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE