| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |  | PRO HAC VICE APPLICATION,<br>ECF REGISTRATION AND CONSENT<br>TO ELECTRONIC SERVICE,<br>~~PROPOSED~~ ORDER |
|---|---|---|

United States

v.

Eric Leslie

Case No. 1:19-CR-00010-DAD-BAM

I, Keith J Scherer, attorney for Eric Leslie, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

> The Law Office of Keith J Scherer, PC
> 350 S. Northwest Highway #324
> Park Ridge IL 60068
> (773)485-8882 phone
> (872)395-5434 fax
> keith@kjsdefense.com

> Residence: Chicago IL

I was admitted to practice in the bar of the State of Illinois on 06 May 1999 and I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

    Kevin Rooney
    Hammerschmidt Law Corp.
    2445 Capitol Street
    Suite 150
    Fresno, CA 93721
    Phone: (559)233-5333
    Fax: (559)233-4333

    kevin@hammerlawcorp.com

Dated: 08 May 2019

Petitioner: *[signature]*

**ORDER**

Certificate of good standing is not attached to the final document approved by the Court but attached to the filing submitted by counsel on May 13, 2019.

IT IS SO ORDERED.

Dated: **May 14, 2019**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE