1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID GAPPA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA, | Case No: 1:19-CR-00010 LJO-SKO

12              Plaintiff,

13                                    | STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION AND PROTECTIVE ORDER

14       v.

15                                    | Ctrm:    8

16 ERIC LESLIE,                       | Hon.     Barbara A. McAuliffe

17              Defendant.

18

19

20   This case involves charges related to the sexual exploitation of minors. The discovery in this

21 case may contain private personal information related to the defendant and third parties (both adults and

22 minors), including but not limited to their names, dates of birth, physical descriptions, telephone

23 numbers and/or residential addresses (protected information) as well as images of victims. The case is

24 also part of a larger, ongoing investigation.

25   The parties desire to avoid both the necessity of large-scale redactions and the unauthorized

26 disclosure or dissemination of this information to anyone not a party to the court proceedings in this

27

28

1

matter, so the parties agree that entry of a protective order would be appropriate and facilitate and expeditious exchange of information about the case.

As a result, defendant ERIC LESLIE, by and through his counsel of record, Keith Scherer (defense counsel), and the United States of America, by and through Assistant United States Attorneys David Gappa and Grant Rabenn, agree as follows:

1. This court may enter a protective order under Rule 16(d) of the Federal Rules of Criminal Procedure, and the court's general supervisory authority.

2. The protective order will cover all discovery provided to or made available to defense counsel as part of discovery in this case.

3. By signing this stipulation and protective order, defense counsel agrees not to share any documents that contain protected information with anyone other than defense counsel's associated attorneys, designated defense investigators, designated defense experts, and/or support staff. Defense counsel may permit the defendant to view unredacted documents in the presence of his attorney(s), defense investigators, and/or support staff. The parties agree that defense counsel, defense investigators, and support staff shall not allow the defendant to copy or record protected information contained in the discovery. The parties agree that defense counsel, defense investigators, and support staff may provide the defendant with copies of documents, if any, from which protected information has first been redacted.

4. The discovery and information within it may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America (the government). Defense counsel will return the discovery to the government at the conclusion of the case.

5. Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this stipulation and order.

7. In the event that defendant substitutes counsel, undersigned defense counsel agrees to withhold discovery from new counsel and to return any discovery provided to the government.

8. The government will make digital evidence (including contraband) available within the confines of a law enforcement agency. The digital evidence (contraband) shall not be viewed by any other person unless defense counsel is present and the viewing is necessary to prepare for defendant's defense. Neither defense counsel nor any representative of defense counsel will remove any contraband from the custody or control of the law enforcement agency.

IT IS SO STIPULATED.

Dated: June 6, 2019　　　　　　　　　　　　By: /s/ Keither Scherer
　　　　　　　　　　　　　　　　　　　　　　Keith Scherer
　　　　　　　　　　　　　　　　　　　　　　Attorney for defendant
　　　　　　　　　　　　　　　　　　　　　　Eric Leslie

Dated: February 12, 2019　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　By: /s/ David Gappa
　　　　　　　　　　　　　　　　　　　　　　David Gappa
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

　　Dated:　**July 1, 2019**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3