Keith J. Scherer
**THE LAW OFFICE OF KEITH J. SCHERER, PC**
350 S. Northwest Highway #324
Park Ridge, IL  60068
Tel:  (773) 485-8882
Fax: (872) 394-5434

Attorney for Defendant, ERIC LESLIE


Kevin P. Rooney, Of Counsel #107554
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Local Counsel for Defendant, ERIC LESLIE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1: 19-CR-00010-DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| ERIC LESLIE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on 12 August 2019.

2. By this stipulation, defendant now moves to continue the status conference until 26 August 2019, and to exclude time between 12 August 2019, and 26 August 2019, pursuant to the Speedy Trial Act.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case has

been either been produced directly to counsel or made available for inspection.

      b)     Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, and to discuss potential resolutions with his client and the government.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of 12 August 2019 to 26 August 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 7, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Grant Rabenn
Grant Rabenn
Assistant United States Attorney

Dated:  August 7, 2019

/s/ Keith J. Scherer
Keith J. Scherer
Counsel for Defendant
Eric Leslie

### **ORDER**

IT IS SO ORDERED that the 4th Status Conference is continued from August 12, 2019 to **August 26, 2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **August 7, 2019**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE