McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
DAVID GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00010-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ERIC LESLIE, | DATE: November 12, 2019 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 12, 2019.

2. By this stipulation, defendant now moves to continue the status conference until January 27, 2019, and to exclude time between November 12, 2019, and January 27, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, forensic images of devices, and other related documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to review the discovery and consult

1

| | |
|---|---|
| 1 | with his client, and also to engage in additional plea discussions with the government. |
| 2 |     c)    Counsel for defendant believes that failure to grant the above-requested |

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 12, 2019 to January 27, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 5, 2019	McGREGOR W. SCOTT
	United States Attorney

	/s/ GRANT B. RABENN
	GRANT B. RABENN
	Assistant United States Attorney

Dated: November 5, 2019	/s/ KEITH SCHERER
	KEITH SCHERER
	Counsel for Defendant
	Eric Leslie

**<u>ORDER</u>**

IT IS SO ORDERED that the 5th Status Conference is continued from November 12, 2019 to **January 27, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __**November 6, 2019**__         /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE