Keith J. Scherer, #6257838
**THE LAW OFFICE OF KEITH J. SCHERER, PC**
350 S. Northwest Highway #324
Park Ridge, IL 60068
Tel: (773) 485-8882
Fax: (872) 394-5434

Attorney for Defendant, ERIC LESLIE

Kevin P. Rooney, Of Counsel #107554
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Local Counsel for Defendant, ERIC LESLIE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>ERIC LESLIE,<br><br>      Defendant. | CASE NO. 1:19-CR-00010 DAD-BAM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO RELEASE FIREARMS** |

The firearms formerly owned by the defendant, Eric Leslie, currently being held by the Park Ridge Police Department, shall be released to Mr. Peter Ott upon presentation of the bill of sale proving ownership and a valid Firearm Owners Identification Card.

IT IS SO ORDERED.

Dated: **January 28, 2020**       _/s/ Dale A. Drozd_
                   UNITED STATES DISTRICT JUDGE

1