Keith J. Scherer, #6257838
**THE LAW OFFICE OF KEITH J. SCHERER, PC**
350 S. Northwest Highway #324
Park Ridge, IL  60068
Tel: (773) 485-8882
Fax: (872) 394-5434

Attorney for Defendant, ERIC LESLIE

Kevin P. Rooney, Of Counsel #107554
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Local Counsel for Defendant, ERIC LESLIE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>         v.<br><br>ERIC LESLIE,<br><br>                         Defendant. | CASE NO.  1:19-CR-00010-DAD<br><br>STIPULATION REGARDING NEW SENTENCING DATE; FINDINGS AND ORDER<br><br>DATE: August 11, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

STIPULATION

     Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

     1.     By previous order, the sentencing for the above-captioned defendant was set for August 11, 2020.

     2.     By this stipulation, the parties now move to continue the sentencing date until October 13, 2020.

     3.     The parties agree and stipulate, and request that the Court find the following:

  a.  Counsel for defendant desires additional time to prepare for sentencing and consult with his

client.

b. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: August 6, 2020         MCGREGOR W. SCOTT
                              United States Attorney


                              /s/ DAVID GAPPA
                              _____
                              DAVID GAPPA
                              Assistant United States Attorney


Dated: August 6, 2020         /s/ KEITH SCHERER
                              _____
                              KEITH SCHERER
                              Counsel for Defendant


## ORDER

The sentencing hearing set for August 11, 2020, is continued to October 13, 2020, at 10:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated:  **August 7, 2020**         _____
                                   UNITED STATES DISTRICT JUDGE