Keith J. Scherer, #6257838
**THE LAW OFFICE OF KEITH J. SCHERER, PC**
350 S. Northwest Highway #324
Park Ridge, IL  60068
Tel:  (773) 485-8882
Fax: (872) 394-5434

Attorney for Defendant, ERIC LESLIE


Kevin P. Rooney, Of Counsel #107554
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Local Counsel for Defendant, ERIC LESLIE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:19-CR-00010 DAD BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING NEW SENTENCING DATE; FINDINGS AND ORDER |
| v. | |
| ERIC LESLIE, | |
| Defendant. | |

STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, the sentencing for the above-captioned defendant was set for March 29, 2021.

2.     By this stipulation, the parties now move to continue the sentencing date until May 24, 2021.

3.     The parties agree and stipulate, and request that the Court find the following:

Counsel for defendant desires additional time to prepare for sentencing and consult with his

1

client.

The government does not object to the continuance.

**IT IS SO STIPULATED.**

Dated:  March 5, 2021                           MCGREGOR W. SCOTT
                                                United States Attorney

                                                /s/ DAVID GAPPA_____
                                                DAVID GAPPA
                                                Assistant United States Attorney

Dated:  March 5, 2021

                                                /s/ KEITHER SCHERER_____
                                                KEITH SCHERER
                                                Counsel for Defendant

### FINDINGS AND ORDER

For reasons set forth above, the sentencing hearing currently scheduled for March 29, 2021 at 9:30 a.m. is continued to June 21, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **March 12, 2021**            _____
                                       UNITED STATES DISTRICT JUDGE

2