PHILLIP A. TALBERT
Acting United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00010-DAD-BAM |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| ERIC LESLIE, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Eric Leslie, and the court's announcement on the August 23, 2021, sentencing record of making final an order of forfeiture as to the defendant, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253(a), defendant Eric Leslie's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. MacBook Pro A1398;
    b. Lacie External Hard Drive 1TB;
    c. Lacie External Hard Drive;
    d. Lacie External Hard Drive;
    e. Lacie External Hard Drive (Dual Bay Enclosure);
    f. Lacie External Hard Drive;
    g. Lacie External Hard Drive;
    h. Lacie External Hard Drive;
    i. Lacie External Hard Drive;

   j. Lacie External Hard Drive;
   k. iMac A1419;
   l. iPhone A1778;
   m. Dell Laptop PRO4S;
   n. SanDisk Thumb Drive 128gb;
   o. Generic Thumb Drive;
   p. MacMini A1176;
   q. iPhone A1387 w/box;
   r. iPhone A1241 w/box; and
   s. Miscellaneous Documents.

  2. The above-listed assets constitute property which contain visual depictions that were produced, transported, mailed, shipped or received in violation of 18 U.S.C. §§ 2251(d)(1)(A) and (e), and 2252(a)(2) and (b)(1), or was used or intended to be used to commit or to promote the commission of such offenses.

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by U.S. Customs and Border Protection, in its secure custody and control.

  4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

  5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all

interests will be addressed.

IT IS SO ORDERED.

Dated:  **August 24, 2021**              /s/ Dale A. Drozd
                                         UNITED STATES DISTRICT JUDGE

3