1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DAVID L. GAPPA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:19-CR-00010-DAD-BAM |
12 |                       Plaintiff, | FINAL ORDER OF FORFEITURE      |
13 |            v.                    |                                |
14 | ERIC LESLIE,                     |                                |
15 |                       Defendant. |                                |

16

17    WHEREAS, on August 24, 2021, the Court entered a Preliminary Order of Forfeiture,

18 forfeiting to the United States all right, title, and interest of defendant Eric Leslie in the following

19 property:

20     a. MacBook Pro A1398;
       b. Lacie External Hard Drive 1TB;
21     c. Lacie External Hard Drive;
       d. Lacie External Hard Drive;
22     e. Lacie External Hard Drive (Dual Bay Enclosure);
       f. Lacie External Hard Drive;
23     g. Lacie External Hard Drive;
       h. Lacie External Hard Drive;
24     i. Lacie External Hard Drive;
       j. Lacie External Hard Drive;
25     k. iMac A1419;
       l. iPhone A1778;
26     m. Dell Laptop PRO4S;
       n. SanDisk Thumb Drive 128gb;
27     o. Generic Thumb Drive;
       p. MacMini A1176;
28     q. iPhone A1387 w/box;

                                            1

      r. iPhone A1241 w/box; and
      s. Miscellaneous Documents.

AND WHEREAS, beginning on September 1, 2021, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), to be disposed of according to law, including all right, title, and interest of Eric Leslie.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection or Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: __**November 6, 2021**__       _Dale A. Drozd_
                                           UNITED STATES DISTRICT JUDGE